| 869/3 | 78 | 3029 | 6 | 16 | 78 | 3 | 440 | 1 | | | 6906 | P | 78 | 3029 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| CLEVELAND, Gerald | FIELDSEND, Neal<br>GADD, Robert<br>WHITING, Allen<br>PEKAREK, Ronald<br>VOLEK, Verna<br>KLEBSCH, Willis<br>DUBOIS, Linda, Individually<br>and as Board Members of the<br>Hyde School District No. 34-1<br>Highmore, South Dakota and<br>HYDE School District No. 34-1<br>Highmore, South Dakota |

**CAUSE**

14th Amendment--Dfdts. have deprived the Plff of his property right to continued employment and have destroyed his liberty to continue his teaching career

mas

**ATTORNEYS**

| | |
|---|---|
| James Robbennolt<br>PO 66<br>Pierre, SD 57501 | Rodney Freeman<br>PO 176<br>Huron, SD 57350<br><br>David A. Gerdes<br>May, Adam, Gerdes & Thompson<br>503 S. Pierre Street<br>Box 160<br>Pierre, S.D. 57501 |

| CHECK HERE IF CASE WAS FILED IN FORMA | FILING FEES PAID ||| STATISTICAL CARDS ||
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | |

| DATE | NR. | CIV78-3029  PROCEEDINGS |
|---|---|---|
| 1978 | | |
| June 16 | 1 | Civil Cover Sheet filed |
| June 16 | 2 | Complaint with demand for jury trial filed |
| June 16 | 3 | Motion and Order for Appointment of Persons to Serve Process filed |
| June 16 | | Issuing Summons  Furnished 16 copies for service by mailing along with c. copy Order to Sheriff, Hyde County, Highmore, SD |
| July 19 | 4 | SHERIFF's Returns returned and filed |
| July 19 | 5 | SUMMONS returned and filed |
| July 19 | 6 | STIPULATION to file Answer filed |
| Aug. 15 | 7 | ANSWER filed |
| Nov. 15 | 8 | DEPOSITION Of Gerald Cleveland by the Dfdt. filed |
| Nov. 15 | 9 | DEPOSITION Of Neal Fieldsend by the Plff. filed |
| Nov. 15 | 10 | DEPOSITION Of Ronald Pekarek by the Plff. filed |
| Nov. 15 | 11 | DEPOSITION Of Verna Volek by the Plff. filed |
| Nov. 15 | 12 | DEPOSITION Of Robert Gadd by the Plff. filed |
| Nov. 15 | 13 | DEPOSITION Of Linda DuBois by the Plff. filed |
| Nov. 15 | 14 | DEPOSITION Of Leo Uken by the Plff. filed |
| 1979 | | |
| May 17 | 15 | Deposition of Marlys Hoekstra taken 4/28/79 by George Heller, Court Reporter filed |
| May 17 | 16 | Deposition of Victoria Keehl taken 4/28/79 by George Heller, Court Reporter filed |
| Oct. 4 | 17 | Motion for Summary Judgment filed.  Copies fur. to court. |
| Oct. 4 | 18 | Brief Supporting Motion for Summary Judgment filed. |
| 1980 | | |
| May 21 | 19 | Appellant's Brief in Opposition to Defendants' Motion for Summary Judgment filed.  Copy fur. court |
| May 27 | 20 | Affidavit of Gerald Cleveland in Opposition to the Motion of the Defendants for Summary Judgment filed. |
| 1981 | | |
| Apr. 20 | 21 | Memorandum Decision Filed |
| Apr. 20 | | Correct copy entered in 1981 C.D. Order Book, page 60 |
| 0-23-81 | 22 | **INTERROGATORIES of Defendants to Plaintiff filed.** |
| 2-31-81 | 23 | INTERROGATORIES of Plaintiff to Defendants Filed |
| -06-82 | 24 | PLAINTIFF'S Answers to Dfdt's Interrogatories Filed |
| -20-82 | 25 | MOTION by Defendants for Order Compelling Answer Filed |
| -20-82 | 26 | MEMORANDUM of Authorities Supporting Motion for Order Compelling Discovery by Defendants Filed |
| -20-82 | 27 | ANSWERS by Defendants to Plaintiff's Interrogatories Filed |
| -30-82 | 28 | MOTION to Dismiss with Prejudice Filed |
| -30-82 | 29 | ORDER of Dismissal Filed |
| -30-82 | | Notice of Entry and copy of Order mailed James Robbennolt, David Gerdes and Rodney Freeman |
| 1983 | | |
| Mar. 30 | 30 | LETTER re destruction of deposition of Gerald Cleveland filed.  Deposition destroyed. |
| Mar. 30 | 31 | LETTER re destruction of depositions of Leo Uken, Linda DuBois, Robert Gadd, Neal Fieldsend, Ronald Pekarek, Verna Volek, Victoria Keehl and Marlys Hoekstra filed.  Depositions destroyed. |